[Nos. 20258-5-III; 21097-9-III; Division Three. January 14, 2003.] 20730-7-III.

THE STATE OF WASHINGTON, *Respondent*, v. NICHOLAS ALAN SWECKER, *Appellant*.

*In the Matter of the Personal Restraint of* NICHOLAS A. SWECKER, *Petitioner*.

Appeals from judgments of the Superior Court for Spokane County, No. 01-1-00384-5, Michael E. Donohue, J., entered June 5, 2001 and April 15, 2002, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Schultheis, J., concurred in by Brown, C.J., and Kato, J.

[No. 20519-3-III. Division Three. January 14, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DOMINIC ANTHONY SHEARS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-1-02223-9, Salvatore F. Cozza, J., entered September 14, 2001. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kato, A.C.J., and Sweeney, J.

[No. 20784-6-III. Division Three. January 14, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD C. ESQUIVEL, *Appellant*.

Appeal from a judgment of the Superior Court for Ferry County, No. 00-1-00037-5, Larry M. Kristianson, J., entered December 18, 2001. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kato, A.C.J., and Sweeney, J.